The Bank of Madison, Appellant, vs. William J. Dial. Jr., as Trustee, &c., Appellee.

---

Memorandum Decisions.

---

## DIVISION A.

Appeal from the Circuit Court, Madison county; John F. White, Judge.

*E. J. Vann* and *J. N. Stripling,* for Appellants.

*Fleming & Fleming,* for Appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals. The decree is affirmed.